James H. Bohanon, Plaintiff-Appellee, v. Mildred Bohanon, Defendant-Appellant.

Gen. No. 66–48.

Third District.

June 12, 1967.

George C. Adams, of Chicago, for appellant; Eva L. Minor and Frank W. Curran, of Kankakee, for appellee. Opinion PER CURIAM. Not to be published in full.